IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) 1:11cr84 (LMB)
)
DESIREE ELIZABETH BROWN )
)
Defendant. )

## ORDER

In her Motion for Extension of Self Surrender Date [Dkt. No. 22], the defendant asks that the July 21, 2011 date for self-surrender to FCI Coleman Medium be continued until after August 31, 2011 to give her sufficient time to finish liquidating assets and to work with her counsel on the restitution issues which remain unresolved. The United States does not oppose the motion. Finding good cause for the relief sought, the Motion for Extension of Self Surrender Date is GRANTED, and it is hereby

ORDERED that the defendant's self-surrender be and is continued to Thursday, September 1, 2011.

The Clerk is directed to forward copies of this Order to counsel of record, United States Probation Officer Karen Moran, United States Pretrial Services, and the United States Marshals Service.

Entered this 13th day of July, 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge